# CAIN & SKARNULIS PLLC

April 11, 2024

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals For the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

RE:   No. 23-1109; *Make Your Life Epic LLC dba Thrivetime Show and Clayton Thomas Clark vs. Eric Coomer, Ph.D.*

Mr. Wolpert:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellee Eric Coomer, Ph.D. cites the following supplemental authority:

*Coomer v. Donald J. Trump for President, Inc. et. al.*, 2024 COA 35, 2024 WL 1560462 (Colo. App. Apr. 11, 2024).

In this related proceeding, the Colorado Court of Appeals affirmed the Denver District Court's denial of all defendants' special motions to dismiss Dr. Coomer's claims for defamation and intentional infliction of emotional distress pursuant to C.R.S. § 13-20-1101. The publications at issue in that proceeding contain the same allegations at issue here. *Id.*, at *15-36, ¶¶ 84-201 affirming Denver District Court's denial of all defendants' anti-SLAPP Motions to Dismiss Dr. Coomer's claim for defamation; *36-37, ¶¶ 202-206, affirming Denver District Court's denial of all defendants' anti-SLAPP Motions to Dismiss Dr. Coomer's claim for intentional infliction of emotional distress.

This authority is cited in support of Dr. Coomer's arguments in his Amended Answer Brief that he has sufficiently stated claims for relief, and that the Order denying Defendants' anti-SLAPP Motions to Dismiss should be affirmed.

Sincerely,

Charles J. Cain

CJC/sb
cc:   Counsel of Record