FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

April 23, 2024

Christopher M. Wolpert  
Clerk of Court

---

ERIC COOMER, Ph. D.,

    Plaintiff - Appellee,

v.

MAKE YOUR LIFE EPIC LLC, d/b/a ThriveTime Show; CLAYTON THOMAS CLARK,

    Defendants - Appellants.

No. 23-1109  
(D.C. No. 1:21-CV-03440-WJM-KLM)  
(D. Colo.)

---

## JUDGMENT

---

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

It is the judgment of the court that the appeal is dismissed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk