FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 12, 2023

Christopher M. Wolpert  
Clerk of Court

───────────────────────────

ERIC COOMER, Ph. D.,

   Plaintiff - Appellee,

v.

MAKE YOUR LIFE EPIC LLC, d/b/a ThriveTime Show, et al.,

   Defendants - Appellants.

No. 23-1109  
(D.C. No. 1:21-CV-03440-WJM-KLM)  
(D. Colo.)

───────────────────────────

**ORDER**

───────────────────────────

    This matter is before the court on Appellee's Motion to Dismiss for Lack of Jurisdiction (the "Motion to Dismiss"). We also have the appellants' Response to Motion to Dismiss Appeal (the "Response").

    Upon consideration, the Motion to Dismiss and the Response are referred to the panel of judges that will be assigned later to consider this appeal on the merits. No conclusive decision will be made regarding appellate jurisdiction now or before briefing on the merits is completed. The parties may address appellate jurisdiction further in their merits briefs, if appropriate.

    The district court previously transmitted its notice that the record is complete for purposes of this appeal. Therefore, briefing on the merits will begin. The appellants must file their opening brief and appendix within 40 days of the date of this order. The rest of

the briefing schedule will follow Federal Rule of Appellate Procedure 31 and Tenth Circuit Rule 31.

                                              Entered for the Court
                                              CHRISTOPHER M. WOLPERT, Clerk

                                              by: Lara Smith
                                                  Counsel to the Clerk