FILED
United States Court of Appeals
Tenth Circuit

June 20, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ERIC COOMER, Ph. D.,

    Plaintiff - Appellee,

v.

MAKE YOUR LIFE EPIC LLC, d/b/a ThriveTime Show; CLAYTON THOMAS CLARK,

    Defendants - Appellants.

No. 23-1109
(D.C. No. 1:21-CV-03440-WJM-KLM)
(D. Colo.)

_____

**ORDER**
_____

Before **HARTZ** and **CARSON**, Circuit Judges.
_____

    Defendants-Appellants Make Your Life Epic LLC, d/b/a ThriveTime Show, and Clayton Thomas Clark seek a stay pending appeal. To obtain a stay, a party must demonstrate our jurisdiction over the appeal and show that: (1) he is likely to succeed on the merits, (2) he will be irreparably harmed absent a stay, (3) the opposing party will not be harmed if a stay issues, and (4) the public interest weighs in favor of a stay. *See* 10th Cir. R. 8.1; *Nken v. Holder*, 556 U.S. 418, 434 (2009). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [this court's] discretion." *Nken*, 556 U.S. at 433-34.

Upon consideration, Defendants-Appellants fail to satisfy their burden to show a stay should issue. We therefore deny the stay motion.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk